AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

United States of America
v.
Jorge Luis Medrano

Defendant(s)

Case No. 1:23-mj-00406

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____________ in the county of ____________ in the Western District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances. |

This criminal complaint is based on these facts:

See attached Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

SA Richard Vogelzang, HSI

*Printed name and title*

Date: 9/6/2023

*Judge's signature*

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge

*Printed name and title*