## Continuation of Criminal Complaint

I, Richard Vogelzang, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been a Special Agent since April 2017 and have received among other things, training in United States law at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to HSI office in Grand Rapids, Michigan. Previously, I was assigned to the HSI Border Enforcement Security Taskforce in Massena, New York. In addition to my position as a Special Agent, I served as a Border Patrol Agent with the United States Border Patrol from 2008 until 2017.

2. As part of my duties, I investigate criminal violations of federal drug laws. I have participated in investigations where I have been involved in various electronic surveillance methods, conducted physical surveillance, and reviewed and analyzed telephone records of those engaged in violating federal drug statutes. I have participated in investigations that have led to the issuance of search warrants involving violations of narcotic laws. These warrants involved the search of locations including: residences of targets, their associates, and relatives; and storage facilities. I have written and executed search warrants for electronic devices, smartphones, and computers, reviewed the evidence contained within, and presented that data as evidence during criminal investigations.

3. I have received training in the area of drug investigations, money laundering, financial investigations, and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises.

4. Because this Continuation is for the limited purpose of establishing probable cause to support the Criminal Complaint, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning the individuals and events described in this Continuation. Nor am I seeking charges for every violation of federal law which I believe has been committed in the investigation.

5. This continuation is made for the purpose of establishing probable cause that the following individual(s) have committed the offenses listed by their names below:

a. **JORGE MEDRANO – Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.**

## II. BACKGROUND

6. The statements contained in this continuation are based in part on: (a) my personal participation in this investigation; (b) information provided by other federal law enforcement officers, to include the Drug Enforcement Administration ("DEA"), and the Battle Creek Police Department ("BCPD"); (c) surveillance reports; (d) criminal history records; (e) information from confidential informants and sources of information; and (f) my training and experience and the training and experience of other law enforcement agents.

## III. OVERVIEW OF INVESTIGATION

7. This affidavit is based on a HSI Grand Rapids, the Drug Enforcement Administration ("DEA"), and the Battle Creek Police Department ("BCPD") investigation into the drug trafficking activities of JORGE MEDRANO.

*Members of the MEDRANO Drug Trafficking Organization*

8. During the course of the investigation, investigators identified MEDRANO as a cocaine source of supply in Battle Creek, Michigan, who obtains kilogram quantities of cocaine from an unknown southern Texas source of supply. Investigators have further identified MEDRANO's drug and money courier SUSAN POWERS and narcotics customers to include SHAUN OLMSTEAD, JEFFREY PALMER, ANTHONY JACKSON, EDWARD WARDEN JR., GLENN FISHER, and RYAN BURDETTE. This has been discovered through physical surveillance, search warrants, electronic surveillance, Confidential Informant ("CI") information and Sources of Information ("SOI"), and administrative subpoenas:

a) JORGE MEDRANO. Based on a search warrant executed by the BCPD, CI information, physical and electronic surveillance, phone toll analysis, search warrants, and administrative subpoena returns, MEDRANO is the leader of a cocaine drug trafficking organization (DTO) in Battle Creek, Michigan. MEDRANO utilizes physical transportation to smuggle narcotics and narcotics proceeds between Michigan and Texas. MEDRANO has a State of Missouri conviction for distribution of controlled substances (1998).

b) SUSAN POWERS. Based on CI information, physical and electronic surveillance, phone toll analysis, search warrants, and administrative subpoena returns, POWERS is a distributor of narcotics and narcotic proceeds living in the Grass Lake, Michigan area, whose source of supply is MEDRANO. POWERS has no known narcotics criminal history.

c) SHAUN OLMSTEAD. Based on CI information, physical surveillance, phone download contents, phone toll analysis, search warrants, administrative subpoena returns, and a traffic stop that resulted in the seizure of narcotics, OLMSTEAD is a Battle Creek, Michigan distributor of narcotics, whose source of supply is MEDRANO. OLMSTEAD's drug-related criminal history includes a State of Michigan arrest for possession of a controlled substance (2022).

d) JEFFREY PALMER. Based on CI information, physical and electronic surveillance, phone toll analysis, search warrants, and administrative subpoena returns, PALMER is a Battle Creek, Michigan distributor of narcotics, whose source of supply is MEDRANO. PALMER has no known narcotics criminal history.

e) ANTHONY JACKSON. Based on physical surveillance and electronic surveillance, phone toll analysis, administrative subpoenas, JACKSON is a Battle Creek, Michigan distributor of

narcotics, whose source of supply is MEDRANO. JACKSON's drug-related criminal history includes a State of Michigan arrest for dangerous drugs (2004) and a conviction of a controlled substance (2006).

f) EDWARD WARDEN JR. Based on CI information and SOI information, physical surveillance, phone toll analysis, search warrants, and administrative subpoena returns, WARDEN is a Battle Creek, Michigan distributor of narcotics, whose source of supply is MEDRANO. WARDEN's drug-related criminal history includes State of Michigan arrests for dangerous drugs (2002) and controlled substances involving 45 kilograms of marijuana (2007), and convictions for possession of a controlled substance (1996) (2009).

g) GLENN FISHER. Based on physical surveillance, phone toll analysis, search warrants, and administrative subpoena returns, FISHER is a Battle Creek, Michigan distributor of narcotics, whose source of supply is MEDRANO. FISHER's drug-related criminal history includes State of Michigan convictions for dealing and manufacturing a controlled substance (1993) and the delivery and manufacturing of multiple kilograms of marijuana (2012).

h) RYAN BURDETTE. Based on CI information, physical and electronic surveillance, phone toll analysis, search warrants, and

administrative subpoena returns, BURDETTE is a Battle Creek, Michigan distributor of narcotics, whose source of supply is MEDRANO. BURDETTE'S drug-related criminal history includes a State of Michigan arrest of dangerous drugs (2001).

## IV. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH

### In October of 2022, the Battle Creek Police Department Receives Information from a Confidential Informant.

9. In October of 2022, law enforcement members were contacted by a confidential informant ("CI-1").[1] CI-1 informed law enforcement of numerous subjects involved in the trafficking and distribution of large quantities of cocaine in the Battle Creek area. CI-1 described the main subject to be an approximately 50-year-old Hispanic male whose nickname is "Migo." CI-1 advised that Migo's first name may be Jorge, and he resides near Harlingen, Texas, which is in the Rio Grande Valley area and near the United States and Mexico border. CI-1 stated that Migo supplies many of the larger cocaine dealers in the Battle Creek area and brings approximately five to six kilograms of cocaine from Texas to distribute approximately every two weeks. CI-1 also suspected Migo is distributing additional narcotics to include heroin,

[1] CI-1 is cooperating with law enforcement in order to receive consideration regarding pending State of Michigan narcotics charges, in an attempt to reduce or eliminate those charges. The information that the CI-1 provided in the interview was corroborated through the ongoing investigation, information obtained via physical and electronic surveillance, and administrative subpoena and search warrant results. Additionally, CI-1 has proven to be reliable and credible in the past by providing information which has resulted in the seizure of controlled substances. Based on the foregoing, this source is credible and reliable.

fentanyl, crystal methamphetamine, and pressed pills. CI-1 informed that Migo will typically stay near the Jackson area while in Michigan. CI-1 advised that Migo utilizes cell phone number (517) 262-0548 (hereinafter "the 0548 cellphone") to facilitate his drug distribution network. CI-1 stated that Migo does not do public meets for drug deals, but instead delivers the narcotics to dealers at their homes.

10. CI-1 additionally stated that Shaun "Shady" OLMSTEAD distributes cocaine to Battle Creek dealers on behalf of Migo and is in charge of Migo's business in the Battle Creek area. CI-1 described OLMSTEAD as a white male in his early 40's and identified a photograph of OLMSTEAD. Law enforcement members are aware of a Shaun OLMSTEAD, who is a white male born in 1980. CI-1 advised that OLMSTEAD utilizes cell phone number (269) 719-5650 (hereinafter "the 5650 cellphone").

11. CI-1 advised of a residence that is owned by an older white male known as Jeff, who is involved in the distribution of MEDRANO's narcotics. (MEDRANO is also known as "Migo".) Law enforcement identified the residence as 11 Garden Avenue in Battle Creek, Michigan. The Calhoun County Geographic Information Services (GIS) revealed the residence to be owned by Jeffrey PALMER. CI-1 indicated that PALMER's residence is used by MEDRANO to stash narcotics. CI-1 added that PALMER has a safe inside the residence where the drugs are hidden. CI-1 also advised that an older white female, believed to be a retired teacher in the Jackson County area, works as a money courier for MEDRANO. CI-1 advised that this female drives a Chevrolet Malibu.

**MEDRANO is Identified as a Battle Creek, Michigan based Source of Supply for Narcotics.**

12. Law enforcement completed controlled substance subpoenas for both phone numbers. Verizon Wireless subpoena results indicated the 0548 cellphone (i.e., the number that CI-1 attributed to Migo) was effective on July 17, 2021, and associated to a Mike Anonymous with an address of 123 Park Street in Jackson, Michigan. I am aware through experience that drug traffickers will register their phones with false names and addresses to avoid detection from law enforcement.

13. Call records for the 0548 cellphone identified (956) 742-8586 (hereinafter "the 8586 cellphone") as the highest frequency contact. T-Mobile subscriber information revealed it to be registered to Maria Medrano with an address of 1031 Chapman Street in San Benito, Texas.[2] Law enforcement also discovered that Maria's husband Jorge Medrano, born in 1973, resides at this address in Texas.[3] CI-1 was shown a driver's license photo of MEDRANO and identified him as Migo (hereinafter "MEDRANO"). Law enforcement located two vehicles registered to MEDRANO, including a black 2005 Chevrolet truck with MI registration EQV1041 (hereinafter "the Silverado") registered to 4704 Wyman Road in Tipton, Michigan. Maria Medrano was found to have a maroon 2010 Mazda with TX registration

[2] San Benito is located approximately five miles from Harlingen, Texas (i.e., the town that CI-1 said Migo lived near).

[3] MEDRANO's criminal history includes a 1998 felony conviction in Missouri for the distribution of controlled substances. MEDRANO later admitted that he transported approximately 30 pounds of marijuana at that time. MEDRANO also was removed from the United States to Mexico on April 17, 2003.

MYH8630 (hereinafter "the Mazda") registered to the address in San Benito.

14. Call records from the 0548 cellphone indicated a high frequency of contacts with Texas and Michigan area coded numbers. Records also indicated the 0548 cellphone contacted phone number (956) 399-1612, which returned to a Pizza Hut located in San Benito. Additionally, the 0548 cellphone has been in contact with Mexico area coded number +52-8994987440. Open source information indicates this phone number originates from Reynosa, Tamaulipas, Mexico. Reynosa is approximately 50 miles from Harlingen and is near the United States and Mexico border. These call records appear to corroborate information provided by CI-1, advising that MEDRANO lives near the Mexico border and resides near Harlingen. I know through training and experience that Texas is a well-known source state for illegal narcotics due to its close proximity to the Mexican border. I am aware that illegal narcotics are trafficked from Mexico by drug cartels, across the United States border, and into Texas.

15. MEDRANO's tolls from the 0548 cellphone indicated in 2022, he was in contact with OLMSTEAD's 5650 cellphone approximately 1700 times.

**Investigators Identify MEDRANO's Narcotic Associates.**

16. Verizon Wireless subpoena results indicated OLMSTEAD's 5650 cellphone was effective on June 19, 2021, and associated to Christopher Spears with an address of 135 Stillson Boulevard in Battle Creek, Michigan.[4] The BCPD records

[4] Christopher Spears' criminal history does not contain any drug-related charges.

system reflected that the 5650 cellphone is associated to OLMSTEAD. I know from my training and experience that it is common for drug dealers to register their phone numbers under a different name in order to avoid detection from law enforcement.

17. On September 2, 2021, the Calhoun County Sheriff's Department (CCSD) performed a traffic stop on OLMSTEAD and discovered him to be in possession of .027 grams of cocaine. Previously in November of 2015, the BCPD executed a search warrant at Norman GAZETTE's residence and seized approximately 234 grams of cocaine. Around that time, a cooperating informant advised that OLMSTEAD delivered large quantities of GAZETTE's cocaine to several subjects in the Battle Creek area. GAZETTE was ultimately charged and convicted with delivery and manufacturing of cocaine; however, investigators were unable to develop any further leads on OLMSTEAD.

18. CI-1 advised of additional narcotic associates to MEDRANO including Hayward WINGFIELD, who routinely orders large amounts of cocaine from MEDRANO. WINGFIELD is known to be a drug dealer in the Battle Creek area and on October 24, 2021, the BCPD executed a search warrant at his residence. During the search warrant, law enforcement discovered approximately 70 grams of cocaine and two firearms that WINGFIELD illegally possessed. Prior to any conviction from that event, WINGFIELD died on August 30, 2022. Upon reviewing the 0548 cellphone toll records, Detective Anthony Gancer located phone number (269) 601-1743 associated to WINGFIELD. MEDRANO was found to be in in contact with WINGFIELD approximately 200 times from January 2, 2022, until September 9,

2022. Based on the results of the search warrant, toll records, and information by CI-1, I believe that WINGFIELD and MEDRANO were regularly conducting narcotic transactions prior to WINGFIELD's arrest.

19. From January through September of 2022, MEDRANO's tolls indicated contact with phone number (269) 419-3136 on 50 occasions. BCPD's record system revealed this number is associated to a 42-year-old man from the Battle Creek area named Terrence "Chicago" REESE. In August of 2022, a confidential informant (hereinafter "CI-2") advised that a subject known as Chicago was dealing crack cocaine and heroin in Battle Creek.[5] CI-2 described Chicago as a 40-year-old male and identified a photograph of REESE. In August of 2022, CI-2 purchased crack cocaine and a substance which was suspected to be heroin and fentanyl from REESE. A presumptive test indicated the substance contained the characteristics of cocaine; however, the suspected fentanyl was not tested. This information indicates MEDRANO was in communication with a person known to be dealing drugs in the Battle Creek area.

20. MEDRANO's 0548 cellphone indicated contact with (269) 425-6152 (hereinafter "the 6152 cellphone"). Consumer Cellular subscriber information revealed it to be registered to Jeffrey PALMER at 11 Garden Avenue in Battle Creek.

21. MEDRANO's 0548 cellphone indicated contact with (269) 274-0436

[5] CI-2 has proven to be reliable and credible in the past by providing information which has resulted in the seizure of illegal controlled substances. CI-2's purpose for providing information to law enforcement is financial motivation and has previously received monetary gain for the information he/she has provided.

(hereinafter "the 0436 cellphone"). AT&T subscriber information revealed it to be registered to Anthony JACKSON at 835 W. Michigan Avenue in Springfield.[6] The 0548 cellphone indicated contact with (269) 274-7781 (hereinafter "the 7781 cellphone"). T-Mobile subscriber information revealed it to be registered to Edward WARDEN at 704 N.E. Capital Avenue in Battle Creek.[7] The 0548 cellphone indicated contact with (269) 300-9629 (hereinafter "the 9629 cellphone"). Comcast subscriber information revealed it to be registered to Tammy Friddle at 158 Floral Drive in Battle Creek. However, Cash App subscriber information revealed the 9629 cellphone to be utilized by Glenn FISHER at 158 Floral Drive in Battle Creek. The 0548 cellphone indicated contact with (269) 245-2856 (hereinafter "the 2856 cellphone"). AT&T subscriber information revealed it to be registered to Ryan BURDETTE in Springfield, Michigan.[8] Furthermore, CI-1 was aware that WARDEN and BURDETTE are involved in MEDRANO's and OLMSTEADS's drug network.

**CI-1 Calls to OLMSTEAD and MEDRANO.**

22. In November of 2022, CI-1 conducted a call to OLMSTEAD's 5650 cellphone with BCPD Detective Anthony Gancer present. CI-1 ultimately identified

---

[6] On multiple dates including April 20, May 2, and June 20, 2023, law enforcement observed JACKSON at his residence. On February 2, 2012, BCPD executed a search warrant at 829 W. Michigan Ave and located an indoor marijuana grow. At that time JACKSON was associated to the marijuana grow but was not arrested.

[7] Based on information from two sources in 2023, BCPD is aware that Edward WARDEN Jr. is a drug dealer and is selling crack cocaine from his residence located at 704 N.E. Capital Avenue in Battle Creek. On multiple dates, law enforcement observed WARDEN at the **WARDEN RESIDENCE**.

[8] CI-1 advised that BURDETTE is a cocaine drug dealer.

OLMSTEAD as the male voice who answered the phone. OLMSTEAD indicated at that time he did not have any cocaine for sale. CI-1 then contacted MEDRANO's 0548 cellphone. Detective Gancer heard a male voice, which appeared to have a Hispanic accent, and who was ultimately identified by CI-1 as MEDRANO. MEDRANO explained that he was no longer in Michigan and had returned to Texas. CI-1 told MEDRANO that he would need a couple "parts" next time he returned to town and MEDRANO explained that CI-1 will have to go through OLMSTEAD to get it because he is having him handle that. After the phone call, CI-1 advised that OLMSTEAD and MEDRANO utilize the term "parts" as slang and that one "part" equals approximately one ounce of cocaine, and two "parts" equals approximately two ounces of cocaine.

23. Again, in January of 2023, CI-1 contacted MEDRANO at the 0548 cellphone. During this conversation, Detective Gancer listened as MEDRANO discussed specific prices and quantities of narcotics in a coded language. Since he was currently in Texas, MEDRANO mentioned that it was still possible for CI-1 to buy drugs as they were stashed at a location in Michigan. Based on these conversations with OLMSTEAD and MEDRANO, I believe that both subjects are engaged in the trafficking and distribution of narcotics.

**On November 23, 2022, the Battle Creek Police Department encounters OLMSTEAD.**

24. In November of 2022, law enforcement observed a blue Chrysler Town & Country with MI registration EBM5538 (hereinafter "Town and Country") at 135

Stillson Boulevard in Battle Creek, which is the known residence of Christopher Spears.[9] On November 23, 2022, the BCPD attempted to stop the Town & Country because the driver, later identified as OLMSTEAD, was not wearing a seat belt. BCPD officers observed OLMSTEAD throw what appeared to be items from the vehicle for several blocks. Once OLMSTEAD finally stopped and was detained, officers conducted a search of the Town & Country and observed numerous substances such as an off-white crystal-like substance on the driver's seat, a white powder residue on OLMSTEAD's sweatshirt, and crystal like substances in the driver's side door and floorboard. Officers also went to the area where they observed OLMSTEAD throwing items and located a clear, knotted-off plastic bag in the roadway that was covered in an off white powdery substance, which was consistent with powder cocaine. The crystal-like substance was identified by the lab as methamphetamine. However, due to the lack of quantity the other substances were not tested. OLMSTEAD was arrested possession of a controlled substance.

25. A cellphone was located in the Town & Country and seized by law enforcement. On December 8, 2022, Michigan's 10th District Court Magistrate Amber Straub signed a state search warrant which authorized law enforcement to search and examine the cellphone. The cellphone was determined to be the 5650 cellphone, further corroborating the information from CI-1. Call logs identified a phone contact labeled "Boss Man," which was identified as MEDRANO's number. OLMSTEAD's

[9] OLMSTEAD's cell phone number is registered to Christopher Spears.

contact list revealed additional contacts and phone numbers of known drug dealers in Battle Creek, including Brian WHITT, Demarko REED, Duane HAWKINS, Joshua MOSLEY, Hayward WINGFIELD, and Erol WILLIAMS. Additionally, toll records from 2019 until 2020 indicated OLMSTEAD's 5650 cellphone contacted numerous numbers associated to the Andrew BRAVO narcotic investigation, including the phone number of Stacey GIBSON.[10] GIBSON was convicted within the Western District of Michigan in December of 2020 for violations of possession with intent to distribute cocaine and conspiracy to distribute cocaine. This indicates to me that OLMSTEAD is involved in narcotics and has been using his phone number for several years in order to coordinate and distribute narcotics.

26. Following the arrest of OLMSTEAD on November 23, toll records for the 5650 cellphone indicated the number was no longer active. From my training and experience, I know this is a common tactic for drug dealers to switch phone numbers following their arrest, with the hope that law enforcement is unable to identify their new phone number.

**MEDRANO's phone cell-site corroborates CI-1.**

27. On November 23, 2022, Michigan's 37th Circuit Court Judge Michael Jaconette signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested,

[10] Andrew BRAVO was the lead defendant in a multi-defendant drug conspiracy indictment filed in the Southern Division of the Western District of Michigan. He has since been convicted and sentenced.

among other things, included historical cell-site data and call records between May 1, 2022, and November 23, 2022. The cell-site return indicated the 0548 cellphone was often located in southern Texas. However, it also revealed frequent travel to and from Michigan, including October 15-30, 2022. Specifically, the records revealed on October 15, the 0548 cellphone departed southern Texas and arrived near Grass Lake, Michigan the following day. Approximately 2.5 hours after arriving in Michigan, the 0548 cellphone was in the Battle Creek area and contacted OLMSTEAD's 5650 cellphone, before returning to Grass Lake. Furthermore, on five days throughout mid to late October, the 0548 cellphone traveled to the Battle Creek area before returning east towards Jackson or Grass Lake.[11] On October 29, 2022, the 0548 cellphone departed Michigan and on October 30, arrived near San Benito, Texas.

28. I believe this trip is related to drug activity and also supports CI-1's claim that MEDRANO makes trips from Texas to Michigan. Additionally, I know from my training and experience that drug traffickers need their cellphones to be able to communicate with suppliers and buyers to coordinate and facilitate their drug activities effectively. For this reason, the 0548 cellphone was likely in possession of MEDRANO during this trip. Based on my training and experience I know that a travel pattern of frequent, long-distance, short-term trips from locations near the

[11] Toll records for the 0548 cellphone revealed communication with either OLMSTEAD's 5650 cellphone or WARDEN's 7781 cellphone around the timeframe of travel to Battle Creek.

United States border with Mexico, such as Harlingen or San Benito, Texas, to locations situated along major interstates, like I-94 near Jackson or Battle Creek, Michigan – is consistent with the transportation of narcotics and narcotics proceeds.

**Physical Surveillance and Search Warrant Information between February 16 and February 28, 2023.**

29. On January 25, 2023, Michigan's 37th Circuit Court Judge Michael Jaconette signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, real time GPS location data for thirty days. On February 16, 2023, GPS location indicated the 0548 cellphone traveled northbound near the Kingsville, Texas area. On this same date, electronic surveillance indicated Maria Medrano's Mazda traveled northbound near Kingsville. On February 18, 2023, law enforcement officers located the Mazda, occupied by MEDRANO, traveling northbound in West Union, Ohio. Law enforcement surveilled the Mazda to 10245 Mack Island Road in Grass Lake, Michigan (hereinafter **"POWERS RESIDENCE"**). Jackson County GIS indicated **POWERS RESIDENCE** is owned by Susan POWERS, born in 1960. Open source information indicated POWERS had employment history with the Columbia School District in Jackson County for five of the seven years between 2015-2021, including a food service job title in 2015-2016. CI-1 was shown a photo of POWERS and identified POWERS as the money courier for MEDRANO.[12] POWERS was found to have a gray 2012 Chevrolet Malibu with MI

[12] On January 4, 2017, POWERS sent $890 through Walmart's money service (CES)

plate EMT8400 (hereinafter "the Malibu"). From January 2, 2022, until April 21, 2023, MEDRANO's 0548 had been in telephonic communications with phone number (517) 416-3687 (hereinafter "the 3687 cellphone") approximately 3,000 times. Tracfone subscriber information revealed it to be registered to POWERS at the **POWERS RESIDENCE.**

30. On February 17, 2023, Michigan's 37th Circuit Court Judge Sarah Lincoln signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, included pen register trap and trace information and GPS location data.[13]

31. On March 1, 2023, Calhoun County Circuit Court Judge Brian Kirkham signed a search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, text, and multimedia messages between February 15 through 28, 2023.

32. The following information combines the physical surveillance and the 0548 cellphone messages from February 19-24.

a) On February 19, 2023, at 10:14 a.m., investigators performed surveillance near PALMER's residence at 11 Garden Avenue in

---

to Arturo Medrano in Harlingen, Texas. On April 5, 2017, POWERS sent $900 through CES to Nathaniel Guerra in Mission, Texas. Both Mission and Harlingen are within a one hour drive from MEDRANO's residence.

[13] From February 17, 2023, until June 8, 2023, law enforcement received state search warrant extensions for the authorization of pen register/GPS data for the 0548 cellphone.

Battle Creek, Michigan (hereinafter the **"PALMER RESIDENCE"**).[14] At that time the 0548 cellphone showed to be near Battle Creek.[15] At approximately 10:43 a.m., law enforcement observed the Malibu at the **PALMER RESIDENCE**. Approximately one hour later, visual of the Malibu was lost after it departed the **PALMER RESIDENCE**.[16] At approximately 11:57 a.m. until 12:07 p.m., law enforcement observed the Malibu near the residence of JACKSON at 835 W. Michigan Avenue in Springfield, Michigan (hereinafter the **"JACKSON RESIDENCE"**). Approximately twenty minutes later officers could not locate the Malibu an hour later the 0548 cellphone showed to be eastbound traveling towards Jackson. Based upon law enforcement's knowledge of this investigation, on February 19, 2023, it is likely that MEDRANO met with PALMER at **PALMER RESIDENCE** and JACKSON at **JACKSON RESIDENCE** for the purpose of distributing narcotics.

b) On February 24, 2023, the 0548 cellphone departed the area near Jackson and arrived near Battle Creek at approximately noon.[17] At

---

[14] On March 7, 2023, law enforcement observed PALMER at the **PALMER RESIDENCE**.

[15] Toll records indicated the 0548 cellphone had communication with JACKSON's 0436 cellphone and FISHER's 9629 cellphone.

[16] At approximately 11:45 a.m., records indicated the 0548 cellphone had an outgoing call to JACKSON's 0436 cellphone.

[17] From 10:57 a.m. until 12:26 p.m., toll records indicated the 0548 cellphone had

12:28 p.m., surveillance indicated the Mazda traveled to the residence of FISHER located at 158 Floral Drive and MEDRANO was observed exiting the Mazda and carrying a plastic grocery bag into the residence. Approximately 10 minutes later, law enforcement observed MEDRANO exit the residence carrying a plastic grocery bag and depart the area in the Mazda. Verizon Wireless records revealed that there was relevant text communication between the 0548 cellphone and FISHER's 9629 cellphone on February 19 and February 24. During these time frames, the 9269 cellphone received a text message from the 0548 cellphone "How much you have" and responded, "I bought a o to keep going I'll let u know tomorrow try to get half". As the conversation continued, the 9269 cellphone texted, "Can we do it today" and the 0548 cellphone responded, "Yes later". The 9269 cellphone responded, "Cause I'm out". Further into the conversation, the 0548 cellphone messaged the 9269 cellphone "You home" and the 9269 cellphone responded "Yes". Based on my training and experience, it appears that MEDRANO's and FISHER's cellphones were having a conversation in reference to narcotics. From my training and experience, I know that an "o" is drug slang for an ounce. FISHER's reference to a "half" also stands out to me

---

contact with FISHER's 9629 cellphone.

because I know from my training and experience that a "half" is drug slang for a half ounce. Additionally, based on these conversations, I believe that FISHER was reporting to MEDRANO that FISHER had sold all of his drugs and was asking if MEDRANO could bring more. I believe that MEDRANO was setting up a time to resupply FISHER with narcotics.

c) On February 15, 2023, text message content also showed communication between MEDRANO's 0548 cellphone and BURDETTE's 2856 cellphone. The 0548 cellphone asked, "So when you going to pay[,]" and the 2856 cellphone responded with a lengthy text message including "as soon as I get the money they got up to 30 days to pay me[.]" On February 27, 2023, the 0548 cellphone texted "Yo wassup I nit my check," "I here with Jeff," and "just pay Jeff I gave you more work". The 0548 cellphone also messaged "3 day ago I was going to gave you 2 pats I call you never answer". I know from my training and experience that drug dealers use coded language and slang, and based on my training and experience, drug dealers will refer to narcotics that they sell as "work" and the term "check" as drug money or payment. I believe that MEDRANO had a typo when he typed "pats" and he meant to type "parts". This leads me to believe that MEDRANO was trying to give BURDETTE two ounces of cocaine, but BURDETTE did not answer the phone.

d) Law enforcement also received picture content from the 0548 cellphone. The 0548 cellphone received a picture message that contained a photo of a coin that had an off-white chunky substance resting on top of the coin. This same picture message also had what appears to be a silver spoon in the background that has a white cloudy liquid in it. Based on my training and experience, the off-white chunky substance appears to be crack cocaine and the silver spoon with the white cloudy liquid appears to be residue that would be consistent with someone cooking up cocaine to turn into crack cocaine. I know that drug consumers will communicate with their dealers and advise them whether a drug they have purchased is good quality.

**Physical Surveillance and Search Warrant Information between March 1 and March 30, 2023**

33. On April 11, 2023, Calhoun County Circuit Court Judge Brian Kirkham signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, text messages between March 1 until April 5, 2023. The following is a summary of the relevant text content of the records.

a) On March 1, 2023, FISHER's 9629 cellphone received a text from MEDRANO's 0548 cellphone, "I just want you to geve shady 100 d[.]" On March 3, 2023, the 0548 cellphone texted the 9629 cellphone,

"You gave Shady 100[,]" but it did not appear that the 9629 cellphone responded. On March 5, the 9629 cellphone texted the 0548 cellphone, "He got it[.]" Based on my knowledge of this investigation, OLMSTEAD goes by the nickname of "Shady" and is one of MEDRANO's dealers, along with FISHER. I am also aware that dealers are often in debt to traffickers and are constantly waiting for payments from their customers. The messages indicate MEDRANO is directing one of his dealers, FISHER, to pay $100 to another dealer, OLMSTEAD.

b) On March 8, 2023, the 0548 cellphone texted the 9629 cellphone, "Tomorrow you have 950" and the following day the 9629 cellphone texted, "Tomorrow I'll have the 850 been going slow to selling pieces". I am aware that narcotic traffickers keep drug ledgers, and the text communication suggests MEDRANO is keeping a ledger and then informing the amount of debt owed by FISHER through a text, which is $950. Additionally, I believe that FISHER is advising MEDRANO that he is selling the narcotics at a slower rate in smaller quantities.

c) On March 12, 2023, the 0548 cellphone texted FISHER's 9629 cellphone, "Yo can you send me 950" and the 9629 cellphone replied, "Send me the info I'll send it I'm not at home so let me know who I'm sending to[.]" The 0548 cellphone replied, "At Walmart to Walmart to Rene medrano TX[.]" On March 13, the 0548 cellphone texted the

9629 cellphone, "Yo you sand that," and the 9629 cellphone responded, "Sent 450 I'm still not at home I'll call u soon as I get home and send the rest I had my home girl send this for me she works at Walmart[.]" The 9629 cellphone sent a text, "It's there" and sends another saying, "Money gramm[.]" The 0548 cellphone replied, "Send name" and the 9629 cellphone responded by saying, "Rene medrano from glen fisher[.]" The 0548 cellphone later responded, "You have Cash app[?]" Based on my experience and knowledge of this investigation, it appears that FISHER still owed MEDRANO $950 in narcotic proceeds, and MEDRANO advised FISHER to send Rene Medrano money via Walmart, Money Gram, or Cash App. I was unable to locate any record of FISHER sending money to Rene Medrano in March of 2023, however on three occasions between January and June of 2021, FISHER sent a total of $2,950 to Rene Medrano via Wal-Mart.[18]

d) On March 28, 2023, the 0548 cellphone indicated it was traveling northbound near the Kingsville, Texas area. Electronic surveillance indicated MEDRANO's Silverado also traveled northbound near Kingsville. The following day, law enforcement located the Silverado, occupied by MEDRANO, and observed it travel northbound until

---

[18] Rene Medrano's address in Mercedes, Texas is located approximately 20 miles from MEDRANO's in San Benito, Texas.

arriving at **POWERS RESIDENCE**. Throughout the day, the 0548 cellphone communicated with the cellphones of PALMER, JACKSON, FISHER, WARDEN, and BURDETTE. At approximately 4:57 p.m., law enforcement observed the Malibu stop at the **PALMER RESIDENCE** and the female driver, believed to be POWERS, and MEDRANO exit the vehicle. MEDRANO then removed a cardboard box from the Malibu's rear passenger door and carried it inside **PALMER RESIDENCE**.[19] POWERS also removed an item and carried it inside the residence. At approximately 4:59 p.m., MEDRANO and POWERS exited the residence, and removed additional items from the Malibu, including a white grocery bag, before carrying the items into the **PALMER RESIDENCE**. Shortly thereafter, law enforcement observed a white male subject, who was later determined to be BURDETTE, walk inside of the **PALMER RESIDENCE**. Four minutes later, BURDETTE exited the residence and was eventually picked up by a vehicle. At 5:44 p.m., law enforcement observed MEDRANO, carrying a white grocery bag, and POWERS exit the **PALMER RESIDENCE**. Before departing the area, MEDRANO placed the bag into the rear passenger area of the Malibu. Based upon the February 2023 text communication that was

[19] On March 28, 2023, law enforcement installed electronic surveillance near the **PALMER RESIDENCE**.

previously mentioned indicating that BURDETTE was in debt to MEDRANO, I suspect that on March 29, 2023, BURDETTE ultimately handed MEDRANO money for his debt while at PALMER's residence. At approximately 6:11 p.m., the Malibu was observed stopping at the **JACKSON RESIDENCE** for 15 minutes before departing the area. Approximately ten minutes later JACKSON's silver 2012 550i BMW (hereinafter "the BMW") was observed exiting the driveway of the **JACKSON RESIDENCE**. At approximately 8:30 p.m., the 0548 cellphone revealed it had returned to the area of **POWERS RESIDENCE**. I know from my training and experience; drug traffickers commonly conceal narcotics and currency in boxes or bags to avoid detection by law enforcement. Therefore, I believe that on March 29, 2023, MEDRANO and POWERS utilized the Malibu to deliver narcotics to PALMER and JACKSON at each of their respective residences. On March 30, 2023, MEDRANO's 0548 cellphone indicated travel from Michigan to Texas.

**Physical Surveillance, Electronic Surveillance, and Search Warrant Information between April 7 and April 23, 2023**

34. On April 6, 2023, Michigan's 10th Judicial District Judge Amber Straub signed a state search warrant which authorized law enforcement to install an electronic monitoring device on the Malibu. On April 11, 2023, law enforcement

installed the tracking device on the Malibu.[20]

35. On April 7, 2023, at 3:26 p.m., electronic surveillance indicated the Malibu stopped at the **PALMER RESIDENCE**, and a female driver, appearing to be POWERS, exited the Malibu. POWERS was observed carrying a white grocery bag into the front door of the residence. At approximately 4:18 p.m., POWERS exited the residence carrying a white grocery bag, entered the Malibu, and departed the area. Furthermore, text records received from Verizon Wireless indicated on April 7, MEDRANO's 0548 cellphone texted POWERS' 3687 cellphone, "What time you want to go old man" and the 3687 cellphone replied, "Leave here at 3 ok?".[21] The 0548 cellphone texted "Ok take one part to him you working." At approximately 2:31 p.m. the 3687 cellphone responded, "Got it I'm leaving" and the 0548 cellphone replied, "Ok be safe". At 3:15 p.m. the 0548 cellphone texted "You pass casino" and the 3687 cellphone replied, "Im in th Battle Creek". At approximately 3:21 p.m., the 0548 cellphone texted "Ok he there when you get there go in" and later texted "You good get for gas ok thanks you still there". At approximately 4:40 p.m., the 0548 cellphone messaged "You home" and the 3687 cellphone replied, "No I'm still on the road" and "by the casino." Based on my training and experience and knowledge of this

---

[20] From April 6, 2023, until present (with the exception of when law enforcement removed the tracking device from the Malibu between June 8, 2023, until July 21, 2023), law enforcement has received continuous state judge search warrant renewals for the authorization of the electronic monitoring device on the Malibu.

[21] On April 21, 2023, Michigan's 37th Circuit Court Judge Michael Jaconette signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, text messages between April 6 until April 21, 2023.

investigation, on April 7, 2023, I believe that POWERS was transporting narcotics on behalf of MEDRANO during MEDRANO's absence in Michigan. Surveillance revealed POWERS transported a concealed item, believed to be narcotics, from the Malibu to PALMER's residence. Surveillance also revealed that POWERS exited PALMER's residence with a bag. This observation, combined with MEDRANO's inquiry "You home[?]" leads me to believe that MEDRANO was likely checking on POWERS's location because she had been returning home from PALMER's residence with currency. The messages also indicated that MEDRANO instructed POWERS to take "one part" or likely one ounce to PALMER.

36. On April 14, 2023, GPS location indicated the 0548 cellphone traveled northbound near the Kingsville area. On this same date, electronic surveillance indicated MEDRANO's Silverado traveled northbound near Kingsville.[22] The following day on April 15, law enforcement observed the Silverado, occupied by MEDRANO, traveling northbound near the Indiana and Michigan state line. At approximately 10:26 a.m., the Silverado arrived at **POWERS RESIDENCE** while POWERS appeared to be waiting outside the residence. Law enforcement observed MEDRANO reach into the passenger side of the Silverado and unload a black duffle roller bag, and an item similar in appearance to a 1 X 1 foot box. MEDRANO then returned the box to the truck and took the roller bag inside the residence.

37. The same day at approximately 2:00 p.m., the tracking device indicated

[22] Within two days of MEDRANO departing Texas for Michigan, the 0548 cellphone was in contact with POWERS, PALMER, JACKSON, and FISHER.

the Malibu departed **POWERS RESIDENCE**.[23] At approximately 2:03 p.m., the device showed the vehicle was stopped at Storage Sense, which contains numerous storage units located at 4325 Page Avenue in Michigan Center, Michigan. The GPS device showed the vehicle remained at this location for approximately three minutes and then traveled towards Battle Creek and at approximately 3:01 p.m. the Malibu arrived at the **JACKSON RESIDENCE**. Physical surveillance indicated POWERS was driving the Malibu and MEDRANO was the front seat passenger. At JACKSON's, MEDRANO was initially observed at the rear passenger side of the Malibu, and when law enforcement drove by again MEDRANO was observed walking down the driveway towards JACKSON's residence carrying a white grocery bag.[24] The bag appeared to be squared off. Furthermore, text records received from Verizon Wireless indicated on April 15 at 2:51 p.m., the 0548 cellphone texted JACKSON's 0436 cellphone and asked, "You home" and the 0436 cellphone replied, "Yep come on by". Based on my training and experience, I suspect MEDRANO was carrying a kilogram or more size package of narcotics to deliver to JACKSON.

38. On April 15, at 3:23 p.m., the Malibu departed the **JACKSON RESIDENCE** and at 4:24 p.m. arrived at the **PALMER RESIDENCE**. Electronic surveillance indicated MEDRANO reached into the Malibu's rear passenger seat area and removed what appeared to be an orange or red squared object. At the same time,

---

[23] GPS data indicated it appeared to be lagging behind by several minutes.

[24] Typically, law enforcement is unable to perform covert and continuous surveillance at JACKSON's residence.

POWERS reached into the rear driver's side of the Malibu and appeared to grab something, however law enforcement could not identify the object. MEDRANO and POWERS then eventually walked into the garage.[25] Approximately one hour later, the Malibu departed the **PALMER RESIDENCE**. At 7:03 p.m., the tracking device indicated the Malibu returned to Storage Sense, and was near storage unit #541, before arriving at **POWERS RESIDENCE** at approximately 7:30 p.m. In April of 2023, staff at the Storage Sense advised that since July 11, 2021, POWERS has been renting storage unit #541 (a 5 X 10 foot storage unit) at 4325 Page Avenue in Michigan Center, Michigan (hereinafter **"MEDRANO STASH LOCATION")**. From my training and experience, I know drug traffickers will use multiple locations to stash narcotics and proceeds, such as at storage units. Therefore, I believe that, on April 14, 2023, MEDRANO transported narcotics in the Silverado from Texas to POWER's residence. I also believe that, on April 15, 2023, MEDRANO and POWERS utilized the Malibu to transport a portion of the narcotics to the storage unit, before continuing on and transporting the narcotics to JACKSON's and PALMER's residences. Additionally, I suspect MEDRANO and POWERS stopped at the storage unit to drop off additional narcotics or narcotic proceeds. Previously, Verizon Wireless records indicated on March 9, 2023, MEDRANO's 0548 cellphone texted POWERS' 3687 cellphone, "What time you going" and the 3687 cellphone responded "In 15 minutes".[26] Later, the 0548 cellphone asked, "You pass casino" and 3687 cellphone

---

[25] At that time the 0548 cellphone communicated with PALMER's 6152 cellphone.

[26] On April 11, 2023, Calhoun County Circuit Court Judge Brian Kirkham signed a

replied, "No". Approximately 20 minutes later, the 3687 cellphone sent a message, "Tell him I'm here" and the 0548 cellphone messaged, "You there" and "Ok". Approximately 12 minutes later, the 0548 cellphone messaged "You left" and the 3687 cellphone replied, "No. Talking." The 3687 cellphone messaged "Leaving" and approximately one hour later the 0548 cellphone asked, "You home" and the 3687 cellphone responded "Michigan Center".[27] The 0548 cellphone replied, "Ok good". Based on my training and experience, and my knowledge of this investigation, I believe that, on March 9, 2023, MEDRANO coordinated with POWERS to conduct a money pickup from FISHER. Furthermore, MEDRANO asked POWERS for updates to her location, and then relayed that information to FISHER. I am aware of a casino called Firekeepers, which MEDRANO and POWERS drive past while traveling to Battle Creek.[28] After the money pickup, MEDRANO asked for location updates from POWERS to ensure that she had not been encountered by law enforcement. I also believe that when POWERS said she was in Michigan Center, MEDRANO messaged "Ok good" because it meant the money was secure at the **MEDRANO STASH LOCATION**. I believe that this indicates MEDRANO likely stashes some of his

---

state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 0548 cellphone. The information requested, among other things, text messages between March 1 and April 5, 2023.

[27] On March 9, 2023, the GPS location information indicated the 0548 cellphone was located in southern Texas. Additionally, the 0548 cellphone tolls indicated approximately 10 contacts (texts and calls) with FISHER.

[28] The Firekeepers casino is approximately an 18 minute drive to FISHER's residence.

narcotic proceeds at Storage Sense unit # 541 **(MEDRANO STASH LOCATION)**.

39. On April 17, 2023, law enforcement observed the Silverado, occupied by MEDRANO, stop at the **PALMER RESIDENCE**. MEDRANO retrieved a purple grocery bag from the vehicle and then entered PALMER's residence. Furthermore, text records received from Verizon Wireless indicated that on April 17, the 0548 cellphone texted PALMER's 6152 cellphone, "Happy birthday man see you later". Law enforcement is aware that April 17 is PALMER's birthday. Approximately 1.5 hours later, MEDRANO exited the residence and departed the area in the Silverado.

40. On April 18, 2023, at 5:48 p.m., the GPS device indicated the Malibu departed the **POWERS RESIDENCE** and traveled towards Michigan Center, before stopping at a Dollar General for three minutes.[29] The Malibu eventually arrived at the **PALMER RESIDENCE** at approximately 6:56 p.m., and POWERS exited the driver's seat and appeared to retrieve an object from the rear driver side door, while MEDRANO exited the front passenger seat and retrieved a white grocery bag from the rear passenger area. MEDRANO and POWERS then walked into the **PALMER RESIDENCE**. At approximately 7:15 p.m., law enforcement observed MEDRANO, carrying a white grocery bag, and POWERS exit the residence. MEDRANO was then observed placing the bag into the rear passenger side. After that, both departed the **PALMER RESIDENCE** in the Malibu. At approximately 9:08 p.m., the tracking device indicated the Malibu arrived at **POWERS RESIDENCE**. Based on my

[29] During the trip to Battle Creek, the 0548 cellphone had communication with PALMER's and FISHER's cellphones.

training and experience, and my knowledge of this investigation, I believe that, on April 17, 2023, MEDRANO and POWERS transported narcotics in the Malibu from POWERS residence to PALMER's residence. Additionally, I believe MEDRANO also collected narcotic proceeds from PALMER's residence, and eventually transported the proceeds in the Malibu to POWERS residence.

41. Text records received from Verizon Wireless indicated on April 21, 2023, the 0548 cellphone messaged WARDEN's 7781 cellphone, "Yo you have My check" and the 7781 cellphone replied, "Are you coming around for sure or you just talking every time you say you going to come you don't never come". The 0548 cellphone responded, "Men you never answer when I went to your house 3weeks ago". Based on my training and experience, I believe WARDEN owes MEDRANO money for drugs.

42. On April 23, 2023, the tracking device for the Malibu indicated it had departed the **POWERS RESIDENCE**. At approximately 5:15 p.m., law enforcement observed the Malibu occupied by the driver, POWERS, and the passenger, MEDRANO. After the Malibu arrived at the **JACKSON RESIDENCE**, MEDRANO was observed reaching into the rear passenger seat. Moments later, MEDRANO was within five feet of the **JACKSON RESIDENCE** and observed with his arms placed in such a manner that he had just finished putting something down on the ground. This is the same behavior that investigators have previously seen when MEDRANO has transported narcotics to drug dealers in Battle Creek. Based on my training and experience, as well as my knowledge of this investigation, I believe that, on April 23, MEDRANO and POWERS transported narcotics from the POWERS' residence to the

**JACKSON RESIDENCE**. After arriving at JACKSON's, I believe MEDRANO retrieved narcotics from the Malibu and placed them on the ground while he waited for JACKSON to answer the door. Approximately thirty minutes later, the tracking device indicated the Malibu departed the **JACKSON RESIDENCE** and eventually stopped at a restaurant. At approximately 6:09 p.m., MEDRANO exited the restaurant while talking on the phone.[30] Eventually, the Malibu arrived at the **PALMER RESIDENCE** and law enforcement observed POWERS carry a brown bag into the **PALMER RESIDENCE**, while MEDRANO walked into the residence. Approximately one hour later, MEDRANO and POWERS exited the residence and departed in the Malibu and returned to the **POWERS RESIDENCE**. Based on my training and experience, and my knowledge of this investigation, I believe POWERS retrieved concealed drugs from the Malibu and took them inside PALMER's residence. Additionally, I believe that MEDRANO was utilizing another cellular device other than the 0548 cellphone. This is consistent with my training and experience, from which I know that drug traffickers often drop their phone numbers and obtain a new number in an effort to conceal themselves from law enforcement. Furthermore, Verizon Wireless advised that the 0548 cellphone had expired, and the account owner had likely not paid for additional minutes. This information suggested that MEDRANO had a cellular device with a phone number that law enforcement was unaware of.

[30] While MEDRANO was observed in Battle Creek with a cellphone, the 0548 cellphone was in the vicinity of Grass Lake.

**Identification of MEDRANO's New Phone Number.**

43. On April 21, 2023, law enforcement recognized a significant drop in phone communication for MEDRANO's 0548 cellphone. In an effort to identify MEDRANO's new phone number, law enforcement subpoenaed call records for Maria Medrano and members of MEDRANO's drug network. Based on my training and experience, drug traffickers will change phone numbers, but it is rare that the entire organization, including the dealers, will drop and change numbers at the same exact time. Toll returns indicated between approximately April 22 and 23, 2023, Maria Medrano, POWERS, PALMER, JACKSON, and FISHER began communicating with phone number (517) 416-9153 (hereinafter "the 9153 cellphone").[31,32] I also recognized a large number of contacts between the 9153 cellphone and Maria Medrano's 8586 cellphone. For instance, from April 22, 2023, until April 27, 2023, there were approximately 800 contacts, which is quantitatively similar to MEDRANO's 0548 cellphone call records with Maria Medrano.

44. On May 4, 2023, Calhoun County Circuit Court Judge Brian Kirkham signed state search warrants which authorized law enforcement to execute court orders to Verizon Wireless for the 9153 cellphone. The information requested, among other things, included pen register trap and trace information and GPS location data. GPS location data indicated the device to be located in southern Texas, and within

---

[31] Verizon Wireless subscriber indicated the reseller is Tracfone. Tracfone subscriber results are pending.

[32] BURDETTE began communication with the 9153 cellphone on May 9, 2023, and WARDEN began communication with the 9153 cellphone on June 22, 2023.

the radius of MEDRANO's residence in San Benito.[33] Based on toll record analysis and location data, I believe the 0548 cellphone has been replaced by the 9153 cellphone and that MEDRANO is utilizing this new phone number to conduct his narcotic activities.

**Physical Surveillance, Electronic Surveillance, and Search Warrant Information between May 30 and June 26, 2023.**

45. On May 30, 2023, the Malibu's tracking device revealed that it departed the **POWERS RESIDENCE** and stopped at the **MEDRANO STASH LOCATION** for approximately 4 minutes, before traveling to Battle Creek. The Malibu arrived at the **PALMER RESIDENCE** at approximately 3:19 p.m.[34,35] Based on previous surveillance and tolls, I believe that on May 30, 2023, POWERS, on behalf of MEDRANO, transported narcotics from the storage unit to PALMER's residence. Upon MEDRANO's next trip to Michigan, law enforcement planned to execute search warrants at properties connected to MEDRANO and his drug network.

46. On June 1, 2023, law enforcement observed the 9153 cellphone depart southern Texas and on the following day, the 9153 cellphone arrived in Battle Creek. Around that time, law enforcement identified that MEDRANO had checked into room

---

[33] From May 4, 2023, until present, law enforcement received search warrant extensions for the authorization of pen register/GPS data for the 9153 cellphone.

[34] The 9153 cellphone pings revealed it was currently located in southern Texas. Tolls revealed the 9153 cellphone had communication with POWERS' 3687 cellphone and PALMER's 6152 cellphone.

[35] POWERS was unobserved while entering and exiting the residence due to surveillance being occluded.

203 at the Best Western Executive Inn. Michigan's 10th Judicial District Judge Amber Straub signed state search warrants which authorized, among other things, law enforcement to search room 203 at the Best Western and the 9153 and 0548 cellphones ("hereinafter MEDRANO's cellphones"). Officers executed the search warrant and encountered MEDRANO, Maria Medrano, and three young children. During a search of the room, law enforcement located two cellular devices and confirmed they were MEDRANO's cellphones. Law enforcement briefly viewed the 9153 cellphone and noticed a lack of text messages. I know from my training and experience that drug traffickers delete text messages in case they are encountered by law enforcement, which otherwise can result in significant evidentiary value. Based on the results of prior text message search warrants, I believe that MEDRANO deletes text messages to reduce the evidentiary value of his cellular devices to law enforcement.

47. After completing the search warrant at the hotel, law enforcement believed that MEDRANO's trip was mostly personal in nature and not a time where he was involved in the transportation and distribution of narcotics. Therefore, the execution of additional search warrants at other properties connected to MEDRANO and his network were cancelled and investigators continued the investigation in efforts to plan a coordinated takedown in the future. On June 3, 2023, MEDRANO's cellphones departed Michigan and the following day location data indicated

MEDRANO's cellphones were in Texas.[36]

48. On June 8, 2023, Calhoun County Circuit Court Judge Brian Kirkham signed a state search warrant which authorized law enforcement to execute a court order to Verizon Wireless for the 9153 cellphone. The information requested, among other things, text messages between April 22, 2023, and June 6, 2023. Upon review of the records, law enforcement discovered on June 2, 2023, at approximately 1:32 p.m., MEDRANO's 9153 cellphone texted FISHER's 9629 cellphone, "Tomorrow I be there" and "I call you later you have all check". The 9629 cellphone responded, "Yes". Based on my training and experience and the information gathered in this investigation, I believe MEDRANO asked FISHER for money that was owed to him for drugs. On June 2, the Malibu showed travel to FISHER's residence in Battle Creek. At the time, MEDRANO's 9153 cellphone did not appear to be near Battle Creek. Based on this information, I believe that MEDRANO coordinated a money pickup with FISHER earlier than previously scheduled and on June 2, POWERS traveled to FISHER's residence and picked up money on behalf of MEDRANO.

49. On June 17, 2023, the 9153 cellphone traveled northbound from Texas. The following day on June 18 at 11:00 a.m., the 9153 cellphone arrived in the area of the **POWERS RESIDENCE**. At approximately 5:10 p.m., law enforcement observed POWERS driving and MEDRANO as the passenger of the Malibu.[37] The Malibu was

[36] Shortly after the encounter, MEDRANO's cellphones appeared to be either out of cellular range or often turned off.

[37] The 9153 cellphone indicated communication with PALMER's 6152 cellphone.

then observed at the **PALMER RESIDENCE** and MEDRANO opened the rear passenger side door. Law enforcement members were unable to see if MEDRANO retrieved anything, however based on previous surveillance, MEDRANO typically retrieves a grocery bag, or other package, and carries it into the **PALMER RESIDENCE**. Approximately one hour later, the Malibu departed the residence and the 9153 cellphone's location eventually arrived at the **POWERS RESIDENCE**. Based on the surveillance, I believe MEDRANO transported narcotics from Texas to POWERS residence and then distributed some of those narcotics to PALMER at his residence.

50. On June 22, 2023, at approximately 6:29 p.m., the 9153 cellphone appeared to be traveling towards Battle Creek.[38] At approximately 7:13 p.m., law enforcement observed the Silverado stop at the **JACKSON RESIDENCE**. Shortly after, MEDRANO was observed walking down the driveway carrying a white double-bagged grocery bag that appeared to be heavy. MEDRANO walked towards the front of the **JACKSON RESIDENCE** before he disappeared out of view. Approximately one hour later, MEDRANO walked from the front area of the **JACKSON RESIDENCE** and departed in the Silverado. At approximately 8:20 p.m., law enforcement observed the Silverado pull into the driveway of WARDEN's residence at 704 N.E. Capital Avenue in Battle Creek, Michigan (hereinafter the **"WARDEN RESIDENCE"**).[39] WARDEN was observed exiting the front door while MEDRANO

---

[38] At 5:55 p.m. the 9153 cellphone communicated with JACKSON's 0436 cellphone.

[39] At 7:39 p.m., the 9153 cellphone indicated communication with WARDEN's 7781

retrieved a dark-colored bag from the interior of the Silverado. The bag never appeared to go back into the Silverado and law enforcement believe that MEDRANO handed it to WARDEN, who walked back into the **WARDEN RESIDENCE**. After approximately five minutes, MEDRANO departed the residence and, later that evening, the 9153 cellphone showed to be near the **POWERS RESIDENCE**. Based on the surveillance and my knowledge of this investigation, I believe that on June 22, 2023, MEDRANO transported narcotics to JACKSON and WARDEN.

51. On June 26, 2023, at approximately 8:28 a.m., the 9153 cellphone indicated it was near the **JACKSON RESIDENCE**. Approximately 15 minutes later, the phone traveled towards Jackson. Based upon my training and experience and knowledge of this investigation, I believe that, on June 22, 2023, MEDRANO likely transported narcotics to JACKSON's residence, and four days later returned to JACKSON's residence to pick up money for the payment of those narcotics.

**Physical Surveillance, Electronic Surveillance, Trash Pull, and Search Warrant Information between July 11 and July 24, 2023.**

52. On July 11, 2023, the 9153 cellphone departed Michigan and traveled towards Texas. On July 20, 2023, law enforcement observed WARDEN exit the **WARDEN RESIDENCE** and enter a vehicle registered to WARDEN. WARDEN is known to have a black 2012 Jeep Grand Cherokee with MI plate ESK7949 (hereinafter "the Jeep"). The Jeep eventually traveled to FISHER's residence, where FISHER exited his residence and spoke to WARDEN for approximately 30 minutes

cellphone.

before WARDEN departed the area.

53. On July 21, 2023, the Malibu departed the **POWERS RESIDENCE** and at approximately 5:18 p.m., the Malibu, occupied by POWERS, stopped at the **WARDEN RESIDENCE.**[40] POWERS exited the Malibu, walked to the rear passenger door, and appeared to retrieve something from the backseat.[41] POWERS then walked down the driveway of the **WARDEN RESIDENCE** and out of view. Approximately 20 minutes later the Jeep, occupied by WARDEN, arrived at the **WARDEN RESIDENCE** and WARDEN walked down the driveway and out of view. At approximately 5:47 p.m., POWERS departed the residence in the Malibu and arrived at the **PALMER RESIDENCE** approximately 10 minutes later.[42] At approximately 6:06 p.m., the Malibu departed the **PALMER RESIDENCE** and traveled eastbound towards the **POWERS RESIDENCE**. Based upon observations and toll records, I believe that MEDRANO directed POWERS to transport narcotics from her residence to WARDEN and PALMER.

54. On July 24, 2023, law enforcement collected four trash bags at the curb near the **JACKSON RESIDENCE**. Officers searched the bags and located the following relevant items including JACKSON's bank receipt and Sprint bill payment,

---

[40] The 9153 cellphone had recent communication with POWERS 3687 cellphone, WARDEN's 7781 cellphone, and FISHER's 9629 cellphone.

[41] Law enforcement could not see what POWERS was carrying because her body was bladed away.

[42] POWERS was unobserved while entering and exiting the residence due to surveillance being occluded.

two empty food saver packages, and one clear, Ziploc quart-sized plastic bag containing a white powdery residue. The Ziploc bag also had a corner cut off the bottom. The white powdery substance tested positive for the presence of cocaine. I am aware, through my training and experience, that drug dealers will use food saver packages to heat seal packages and conserve space. I am also aware that dealers cut off and tie a certain quantity of narcotics in the bottom corner of Ziploc bags in order to weigh narcotics for individual sale. Based on this information, I believe that JACKSON is receiving cocaine from MEDRANO and then dealing smaller quantities of cocaine to customers.

**Physical Surveillance, Electronic Surveillance, and Search Warrant Information between July 29 and August 30, 2023.**

55. On July 29, 2023, the 9153 cellphone departed southern Texas, entered Michigan on July 30, and later that day stopped by the **POWERS RESIDENCE**. On August 4, 2023, at approximately 6:24 p.m., the 9153 cellphone showed to be traveling west on 1-94 from an address in Jackson.[43] At approximately 7:25 p.m. the Silverado, occupied by MEDRANO, arrived at the **JACKSON RESIDENCE** and then MEDRANO was observed walking towards the **JACKSON RESIDENCE**.[44] Approximately 30 minutes later, the Silverado departed the area and the 9153 cellphone indicated at 9:09 p.m. it arrived in the area of the **POWERS RESIDENCE**.

[43] That day the 9153 cellphone indicated communication with POWERS' 3687 cellphone and JACKSON's 0436 cellphone.

[44] While entering and exiting the residence, MEDRANO's hands were unobserved due to surveillance being partially occluded.

This trip was consistent with the previous trips described above. Based on my training and experience and the information gathered in this investigation, I believe that, on August 4, 2023, MEDRANO transported narcotics to JACKSON's residence and/or retrieved narcotic proceeds and returned them to POWERS's residence.

56. On August 6, 2023, at 7:33 a.m., the Malibu departed the **POWERS RESIDENCE** and at 7:52 a.m. arrived at the **MEDRANO STASH LOCATION**.[45] Electronic surveillance indicated the Malibu, occupied by MEDRANO, parked directly in front of unit number 541. MEDRANO exited the Malibu and eventually walked out of view into the **MEDRANO STASH LOCATION**. MEDRANO then exited the **MEDRANO STASH LOCATION** carrying an approximately 2 X 2 X .5 foot cardboard box and loaded it into the rear driver's seat area of the Malibu. MEDRANO then departed the area and the Malibu's tracking device indicated it returned to **POWERS RESIDENCE**. Later that day, at approximately 1:40 p.m., the Malibu departed **POWERS RESIDENCE.**[46] At approximately 2:58 p.m., the Malibu stopped at the **WARDEN RESIDENCE.**[47] Approximately two minutes later, the Malibu, occupied by POWERS and MEDRANO, departed from the **WARDEN RESIDENCE** and eventually arrived at the **PALMER RESIDENCE** where

[45] On August 2, 2023, law enforcement installed electronic surveillance at the **MEDRANO STASH LOCATION**.

[46] That day the 9153 cellphone had communication with PALMER's 6152 cellphone, WARDEN's 7781 cellphone, and FISHER's 9629 cellphone.

[47] Law enforcement was unable to observe additional activity at the **WARDEN RESIDENCE** due to the lack of surveillance units.

MEDRANO was observed standing and knocking at the front door of the residence.[48] Within a few minutes, the Malibu departed the area and at 5:32 p.m. the Malibu returned to **POWERS RESIDENCE**. Based on the surveillance and on my training and experience, I believe that on August 6, 2023, MEDRANO transported narcotics, concealed in a box, from the storage unit to POWERS' residence. I also believe that, later that day, MEDRANO and POWERS distributed, or attempted to distribute, narcotics to WARDEN and PALMER. Based on the ongoing investigation, my training and experience, and physical and electronic surveillance, I believe that MEDRANO is actively storing narcotics and narcotics proceeds at both **POWERS RESIDENCE** and the **MEDRANO STASH LOCATION**. I am aware is it common for narcotics traffickers to separate bulk amounts of narcotics and/or currency from smaller amounts ready for distribution. I am also aware narcotics traffickers will often keep a "stash" location that holds bulk weight and/or bulk currency in order to protect the vast majority of the supply from being intercepted by law enforcement or rival narcotics traffickers.

57. On August 9, 2023, at approximately 6:45 p.m., the Silverado, occupied by MEDRANO stopped at the **WARDEN RESIDENCE**.[49] Law enforcement observed MEDRANO and WARDEN at the residence.[50] Approximately 10 minutes later,

---

[48] Surveillance was mostly occluded and based on the limited timeframe, it is unknown if MEDRANO and POWERS entered the **PALMER RESIDENCE**.

[49] On that day the 9153 cellphone showed communication with WARDEN's 7781 cellphone.

[50] Law enforcement was unable to observe additional activity at the **WARDEN**

MEDRANO departed the area in the Silverado. Based on my training and experience and on the information gathered in this investigation, I believe that on August 9, 2023, MEDRANO transported narcotics to WARDEN's residence and/or retrieved narcotic proceeds from him.

58. On August 15, 2023, at 12:37 p.m., the Silverado, occupied by MEDRANO, stopped at the **JACKSON RESIDENCE**.[51] At approximately 1:30 p.m., MEDRANO departed the area and eventually arrived near the **POWERS RESIDENCE**. During that same time frame, law enforcement conducted surveillance at the **WARDEN RESIDENCE** and observed a sedan depart the residence. BCPD initiated a traffic stop on the sedan and encountered two subjects, including Nathaniel PORTER. PORTER advised he resides at the **WARDEN RESIDENCE**. PORTER was found to have a small amount of crack cocaine on his person. During the traffic stop, PORTER kept asking the other passenger to call WARDEN, who showed up to the traffic stop asking why PORTER was going to jail.

59. On August 20, 2023, the 9153 cellphone departed Michigan and two days later arrived in southern Texas. On August 30, 2023, at 3:29 p.m., the Malibu departed **POWERS RESIDENCE** and at 3:42 p.m. arrived at the **MEDRANO STASH LOCATION**. Surveillance indicated POWERS exited the Malibu and walked into the storage unit. At 3:52 p.m., POWERS departed the unit with a darker colored

---

**RESIDENCE** due to the lack of surveillance units.

[51] On that day the 9153 cellphone had communication with JACKSON's 0436 cellphone and WARDEN's 7781 cellphone.

looking bag and placed it in the Malibu. POWERS departed the unit at 3:55 p.m. and at 5:16 p.m. arrived at the **PALMER RESIDENCE**. Surveillance indicated JACKSON's BMW also arrived at the **PALMER RESIDENCE**.[52,53] Eventually, the BMW and the Malibu departed the **PALMER RESIDENCE** and the Malibu returned to **POWERS RESIDENCE**. Based on the surveillance from August 30, 2023, I believe POWERS transported cocaine from the storage unit to PALMER's residence.

**Physical Surveillance, Electronic Surveillance, and Search Warrant Information on September 3 until September 4, 2023.**

60. On September 3, 2023, the 9153 cellphone indicated it departed southern Texas and traveled northbound towards Michigan. On September 4, 2023, at approximately 11:30 a.m., law enforcement observed MEDRANO's Silverado at the **POWERS RESIDENCE**. At approximately 5:45 p.m., the 9153 cellphone indicated it departed the area near **POWERS RESIDENCE** and arrived in Battle Creek at approximately 6:45 p.m. At 6:52 p.m. law enforcement observed the Silverado, occupied by MEDRANO, arrive at the **PALMER RESIDENCE**. At that time aerial surveillance captured MEDRANO exiting the Silverado and carrying a white item, consistent with a large amount of packaged cocaine, into the **PALMER RESIDENCE**. At around 8:30 p.m., the Silverado departed the **PALMER**

---

[52] POWERS and JACKSON were unobserved while entering and exiting the residence due to surveillance being occluded.

[53] This is the first time law enforcement have observed the BMW at PALMER's residence.

**RESIDENCE**.

61. On September 5, 2023, WDMI and EDMI magistrates signed federal paperwork for the execution of search warrants which authorized, among other things, law enforcement to search the **POWERS RESIDENCE**, **PALMERS RESIDENCE**, and **MEDRANO STASH LOCATION.** Law enforcement executed the search warrants and made the following discoveries.

62. At **PALMER's RESIDENCE**, law enforcement discovered the following drug dealing paraphernalia including a box of small quart sized Ziploc plastic bags, plastic baggies with the corners torn off, one gallon sized Ziploc bag labeled "8-balls" which contained white residue, a roll of food saver bags, a food saver heat sealing machine, a digital scale containing white residue, and an analog scale found on top of a large gun safe. PALMER provided law enforcement with the combination to the safe, which was located in a room on the main level of the **PALMER's RESIDENCE**. Inside the safe law enforcement discovered a zip lock bag containing a white powdery substance and two plastic grocery bags containing a saran wrapped white powdery substance. A presumptive test indicated the substance(s) contained the characteristics of cocaine, totaling 197 grams (with packaging). Additionally, inside the safe law enforcement located a Winchester 12 gauge shotgun and a small silver Derringer handgun.

63. At the **MEDRANO STASH LOCATION,** a drug detecting canine, trained to detect the odor of the presence of narcotics, alerted in the rear of the storage unit near the location of two boxes. Inside the boxes law enforcement located five

saran wrapped items each containing a dark sticky substance. A red substance, similar to grease, appeared to be smeared on the outside of all five items. Based on my training and experience, drug traffickers attempt to conceal narcotics by spreading grease or similar substances around drugs. This is in efforts of masking narcotic odors from drug detecting canines. Law enforcement personnel field tested the substance which indicated to the characteristics of heroin (approximately 881 gross grams). Based on my experience, I believe this substance to be black tar heroin, which appears sticky and dark in color.

64. At the **POWERS RESIDENCE**, law enforcement identified personal items belonging to MEDRANO inside the northwest bedroom (later identified as MEDRANO's bedroom) and approximately $15,000 in US currency inside MEDRANO's luggage. In the southwest bedroom (later identified as POWERS bedroom), law enforcement located approximately $3,000 in U.S. currency along with a safe. POWERS gave law enforcement the code to the safe. Inside the safe, law enforcement located a black M&P Bodyguard handgun and a small amount of white powdery substance. A presumptive test indicated the substance contained the characteristics of cocaine, totaling 11 grams (with packaging). Eight other long guns were located in POWER's room, including multiple guns found inside a gun cabinet. In a separate room, law enforcement discovered items believed to be used as drug dealing paraphernalia including one box of quart sized heat sealed bags, two scales,

## V. CONCLUSION

65. Based upon the foregoing information, I believe there is probable cause

that JORGE MEDRANO has committed the offense of conspiracy to distribute and to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846.