UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORGE LUIS MEDRANO,

Defendant.
_______________________________/

No. 1:23-cr-112

Hon. PAUL L. MALONEY
U.S. District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

Beginning on an unknown date and continuing from on or about January 1, 2012 through on or about September 5, 2023, in Calhoun County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

JORGE LUIS MEDRANO,

knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute heroin, a Schedule I controlled substance, cocaine, a Schedule II controlled substance, and alprazolam (Xanax), a Schedule IV controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

<u>COUNT 2</u>
(Failure to Appear After Pretrial Release)

On or about August 26, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

JORGE LUIS MEDRANO,

having been charged with a violation of Title 21, United States Code, Sections 846 and 841, an offense punishable by a term of imprisonment of fifteen years or more, and having been released pursuant to Chapter 207 of Title 18, United States Code, in connection with the aforementioned charge, for appearance before the Honorable Paul L. Maloney, United States District Judge, on August 26, 2024 for a criminal trial in Case Number 1:23-cr-112, entitled *United States v. Jorge Luis Medrano*, knowingly and willfully failed to appear as required.

18 U.S.C. § 3146(a)(1)
18 U.S.C. § 3146(b)(1)(A)(i)
18 U.S.C. § 3146(b)(2)
18 U.S.C. § 3146(b)(2)

**FORFEITURE ALLEGATION**
(Failure to Appear After Pretrial Release)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 3146(d).

Pursuant to 18 U.S.C. § 3146(d), upon conviction of the offense in violation of 18 U.S.C. § 3146(a) set forth in Count 2 of this Indictment, the defendant,

JORGE LUIS MEDRANO,

shall forfeit to the United States of America the amount of $10,000, this amount constituting the unsecured appearance bond of the defendant, ordered in Case Number 1:23-cr-112, entitled *United States v. Jorge Luis Medrano*, at ECF No. 17.

18 U.S.C. § 3146(d)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney