UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORGE LUIS MEDRANO,

Defendant.
_______________________________/

Case No.: 1:23-cr-112

Hon. PAUL L. MALONEY
U.S. District Judge

**SUPERSEDING INDICTMENT PENALTY SHEET**

**** Spanish language interpreter needed****

**Count 1 - Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances – 21 U.S.C. §§ 846, 841(b)(1)(C)**

**Maximum penalty:** Up to 20 years in prison and a fine of up to $1,000,000.

[21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** At least 3 years, up to life.

[21 U.S.C. § 841(b)(1)(C)]

**Special Assessment**: $100.

[18 U.S.C. § 3013.]

**Other:** if not a U.S. citizen, removal, denial of citizenship, denial of admission to U.S.

[Continued on next page]

**Count 2 – Failure to Appear After Pretrial Release – 18 U.S.C. §§ 3146(a)(1), (b)(1)(A)(i)**

**Maximum penalty:** up to 10 years in prison, to be served **consecutive to** any sentence imposed upon conviction of Count 1, and a fine of up to $250,000.

[18 U.S.C. § 3146(b)(1)(B)(i) and (b)(2)]

**Supervised Release:** up to 3 years.

[18 U.S.C. § 3553; Class C Felony per 18 U.S.C. § 3559]

**Special Assessment**: $100.

[18 U.S.C. § 3013.]

**Other:** if not a U.S. citizen, removal, denial of citizenship, denial of admission to U.S.

**Forfeiture**: $10,000 constituting unsecured appearance bond

Date: October 2, 2026

*/s/ Austin J. Hakes*
Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046